UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:07CV1036 TIA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The parties consented to the jurisdiction of undersigned pursuant to 28 U.S.C. § 636(c).

On September 24, 2008, the undersigned remanded Plaintiff's case to the Commissioner for further proceedings.  Plaintiff now seeks attorneys' fees in the amount of $1,890.97, which represents 11.45 hours of attorney work at the rate of $165.15 per hour.   In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits.  <u>Kelly v. Bowen</u>, 862 F.2d 1333, 1335 (8th Cir. 1988).

In the instant case, Defendant has filed a response stating that he has no objection to Plaintiff's request for an award of attorney's fees in the amount of $1,890.97.  The undersigned thus finds that Plaintiff's attorney is entitled to attorney's fees for the requested amount.  <u>Ratliff v. Astrue</u>, 540 F.3d 800, 802 (8th Cir. 2008).  An appropriate Judgment will accompany this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act [Doc. #18] is **GRANTED**.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this __3rd__ day of <u>November</u>, 2008.